UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-cv-20212-WPD

MARIE BOCCHINO,

     Plaintiff,

v.

NCL (BAHAMAS) LTD.,
d/b/a NORWEGIAN CRUISE LINE,
MIAMI-DADE COUNTY,
d/b/a PORTMIAMI,
and XYZ DEFENDANT(S),

     Defendants.

_____/

## ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH RULE 4(M) OF THE FEDERAL RULES OF CIVIL PROCEDURE

THIS CAUSE is before the Court *sua sponte*. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff must serve the summons and complaint on the defendant within 90 days after filing the complaint. Plaintiff filed a Complaint on January 13, 2026 [DE 1], yet there is no indication Defendants have been served.

Accordingly, it is **ORDERED AND ADJUDGED** that on or before **April 21, 2026**, Plaintiff shall either perfect service upon Defendants, show that service has already been made, or show good cause why service has not been perfected.  Failure to timely respond will result in immediate dismissal Defendants without prejudice and the Court closing this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of April, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

2

Copies furnished to:

Counsel of Record