UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:26-cv-20212-WPD

MARIE BOCCHINO,

     Plaintiff,

v.

NCL (BAHAMAS) LTD., d/b/a
NORWEGIAN CRUISE LINES, and
MIAMI-DADE COUNTY d/b/a PORTMIAMI,

     Defendants.

                                        /

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned attorney, Tiffany Chambers, Esq. of Gonzalez, P.A., hereby enters her appearance as counsel for Plaintiff, MARIE BOCCHINO, and respectfully request that all papers and pleadings in this action be served on the undersigned counsel.

 Date: April 20, 2026

                                     Respectfully submitted,

                                     By: */s/ Tiffany Chambers*
                                     **Tiffany Chambers, Esq.**
                                     Florida Bar No. 1054062
                                     GONZALEZ, P.A.
                                     19 S. Krome Avenue
                                     Homestead, Florida 33030
                                     Telephone No.: (786) 429-1511
                                     Facsimile No.: (305) 230-3298
                                     tiffany@agonzalezlaw.com
                                     *Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on April 20, 2026. I also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

By: */s/ Tiffany Chambers*
**Tiffany Chambers, Esq.**

## SERVICE LIST

Alejandro J. Gonzalez, Esq.
alex@agonzalezlaw.com
info@agonzalezlaw.com
Tiffany Chambers, Esq.
tiffany@agonzalezlaw.com
GONZALEZ, P.A.
19 S. Krome Avenue
Homestead, Florida 33030
Tel: 786-429-1511
Fax: 305-230-3298
*Counsel for Plaintiff*