## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
#### Southern District of Florida

Case Number: 1:26:20212-CIV-DIMITROULEAS

Plaintiff:
**MARIE BOCCHINO**

vs.

Defendant:
**NCL (BAHAMAS) LTD, MIAMI-DADE COUNTY DBA PORTMIAMI,**

For:
GONZALEZ, ESQ ALEJANDRO J.
GONZALEZ, PA
19 S. KROME AVENUE
HOMESTEAD, FL 33030

Received by Lightning Legal Couriers on the 14th day of April, 2026 at 4:51 pm to be served on **MIAMI-DADE COUNTY, A POLITICAL SUBDIVISION OF THE STATE OF FLORIDA, DBA PORTMIAMI, C/O DANIELLA LEVINE CAVA, MAYOR, 111 N.W. 1ST STREET, 29TH FLOOR, MIAMI, FL 33128.**

I, Ivan Lopez, do hereby affirm that on the **15th day of April, 2026** at **11:10 am, I:**

served a **PUBLIC AGENCY** by delivering a true copy of the **Summons and Complaint and Demand for Jury Trial** with the date and hour of service endorsed thereon by me, to: **KAREN ZAMBRANO** as **MAYOR'S AIDE** for **MIAMI-DADE COUNTY, A POLITICAL SUBDIVISION OF THE STATE OF FLORIDA, DBA PORTMIAMI, C/O DANIELLA LEVINE CAVA, MAYOR** at the address of: **111 N.W. 1ST STREET, 29TH FLOOR, MIAMI, FL 33128** and informing said person of the contents therein.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

Ivan Lopez
CPS#2309

Lightning Legal Couriers
9280 SW 64 Street
Miami, FL 33173
(786) 286-4167

Our Job Serial Number: LTN-2026004522

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

*4.15.26  11:10₂*
*IC # 2205*

| | |
|---|---|
| MARIE BOCCHINO | ) |
| | ) |
| | ) |
| | ) |
| ———————————— | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.   1:26:20212-CIV-DIMITROULEAS |
| NCL (BAHAMAS) Ltd., | ) |
| MIAMI-DADE COUNTY d/b/a PORTMIAMI, | ) |
| | ) |
| ———————————— | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ATTN:MIAMI-DADE COUNTY,
a political subdivision of the State of Florida, d/b/a PORTMIAMI
c/o DANIELLA LEVINE CAVA, MAYOR
111. N.W. 1ST STREET, 29TH FLOOR
MIAMI,FL 33128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ALEJANDRO J GONZALEZ
19 S KROME AVE, HOMESTEAD, FL 33030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   _____03/12/2026_____

*s/ Esperanza Buchhorst* _____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court